## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02203-AP

NICHOLAS E. DURAN,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____

### JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
_____

**1.    APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Ann J. Atkinson<br>7960 South Ireland Way<br>Aurora, CO 80016<br>303-680-1881<br>AtkinsonAJ@aol.com | DAVID M. GAOUETTE<br>Acting United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-1570<br>(303) 844-0770 (facsimile)<br>debra.meachum@ssa.gov |

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

   The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. **Date Complaint Was Filed:** October 8, 2008
   B. **Date Complaint Was Served on U.S. Attorney's Office:** October 17, 2008
   C. **Date Answer and Administrative Record Were Filed:** February 19, 2009.

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

   To the best of their knowledge, the parties state that the record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

   The parties do not anticipate submitting additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

   The parties state that this case does not raise unusual claims or defenses.

7. **OTHER MATTERS**

   The parties state that there are no other matters.

8. **BRIEFING SCHEDULE**
   Because of workload, Defendant's attorney requested that briefing commence more than 40 days after filing the Joint Case Management Plan. Counsel for the parties agreed to the following briefing dates:

   A. **Plaintiffs Opening Brief Due:** 4/27/09
   B. **Defendant's Response Brief Due:** 5/27/09
   C. **Plaintiffs Reply Brief (If Any) Due:** 6/11/09

**9. STATEMENTS REGARDING ORAL ARGUMENT**

   A. **Plaintiffs Statement:** Plaintiff does not request oral argument.
   B. **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 12th day of March, 2009.

                                    BY THE COURT:

                                    *S/John L. Kane*
                                    U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |

s/ Ann J. Atkinson

Ann J. Atkinson
7960 South Ireland Way
Aurora, CO 80016
303-680-1881
AtkinsonAJ@aol.com

DAVID M. GAOUETTE
Acting United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

s/ Debra J. Meachum
Debra J. Meachum
Special Assistant U.S. Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-1570
debra.meachum@ssa.gov