UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
**U.S. District Court Judge Lewis T. Babcock**

Case No. 08-cv-02203-LTB

NICHOLAS DURAN,

    Plaintiff,

v.

MICHAEL ASTRUE, Commissioner of Social Security

    Defendant.

## ORDER FOR ATTORNEY'S FEES UNDER 42 U.S.C. §406(b)

The Court, having reviewed the Plaintiff's Unopposed Motion for Attorneys' Fees under 42 U.S.C. §406(b) pursuant to Fed.R.Civ.P. 60(b)(6), hereby grants the motion and orders as follows:

1. Defendant shall pay to Ann J. Atkinson, attorney for the Plaintiff, the sum of **$24,664.50** from funds being withheld from the retroactive Social Security disability benefits awarded to the Plaintiff as a result of the remand order issued by this Court.

2. Upon payment of the fees above, the attorney for the Plaintiff shall refund to the Plaintiff the sum of **$9,000**, representing the awards previously made by this Court for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d).

DATED:   April 7, 2010        BY THE COURT:

                                                        s/Lewis T. Babcock
                                                   U.S. District Court Judge Lewis T. Babcock